**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7318**

LAMONT DELMAR PARKER,

                Petitioner - Appellant,

        v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.   (5:14-hc-02214-BO)

Submitted:  February 25, 2016          Decided:  February 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lamont Delmar Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Delmar Parker appeals the district court's order dismissing Parker's 28 U.S.C. § 2241 (2012) petition for a writ of habeas corpus. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Parker's informal brief does not challenge the basis for the district court's disposition, Parker has forfeited appellate review of the court's order. Accordingly, although we grant Parker leave to proceed on appeal in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED